```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY GORRELL DESIGN, INC.,   )
                                )  Civil Action
          Plaintiff             )  No. 02-CV-03767
                                )
     vs.                        )
                                )
DAVID TUTTLEMAN and             )
CLAUDIA TUTTLEMAN,              )
                                )
          Defendants            )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 5th day of May, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

By: _____

CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457